# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Louis H. Williams,  )
              )
    Plaintiff  )
              )
    vs.       )   Case No. 20-cv-2050
              )   (The case number will be assigned by the clerk)
Governor J.B. Pritzker  )
Director (D.C.F.S.) Marc D. Smith  )
Supervisor Laura McCoy (YSB)  )
Lane Daniel (D.C.F.S.)  )
Lacey Gray (YSB)  )
Aquelle M. Stone (Mother)  )
_____  )
_____, )
              )
    Defendant(s)  )

**FILED**

MAR - 2 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: AMERICANS WITH DISABILITIES ACT,

☐ Unknown  42 U.S.C. SECTION 12101, ET SEQ (ADA).

### I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Louis H. Williams

Prison Identification Number: _____

Current address: 2017 Philo Road Apt. 20 Urbana, Illinois 61802

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: J.B. Pritzker

Current Job Title: Governor

Current Work Address: 410 E. Jackson Street Springfield, Illinois 62706

Defendant #2:

Full Name: Marc D. Smith

Current Job Title: Director of D.C.F.S.

Current Work Address: 406 E. Monroe Street Springfield, Illinois 62701

Defendant #3:

Full Name: Laura McCoy

Current Job Title: Supervisor (Y.S.B.)

Current Work Address 308 W. STATE STREET ROCKFORD, ILLINOIS 61101

Defendant #4:

Full Name: LANE DANIEL

Current Job Title: CASEWORKER (D.C.F.S.)

Current Work Address 508 SOUTH RACE URBANA, ILLINOIS 61801

Defendant #5:

Full Name: AQUELLE M. STONE

Current Job Title: NONE

Current Work Address 325 ROYAL AVE. ROCKFORD, ILLINOIS 61101

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☐

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number  09-JA-30 AND 16-JA-371-372

2. Basic claim made  THE CASE WAS AGAINST THE MOTHER.

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  THE CASE WAS APPEAL TO THE 4TH DISTRICT Appellat JUSTICES - ILLINOIS COURTS.

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  CHAMPAIGN, ROCKFORD

4

Date(s) of the occurrence 2011-09-JA-30 AND 16-JA-371-374

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

My name is Louis H. Williams, the father of (1.) Aniya A. Williams, (2) Aaliyah Stone, (3) Jaden Stone my kids. Now I Louis H. Williams as the father had (Sole Custody) of my child, 08-F-29. Now in 2011 I had a "Medical Stroke", and D.C.F.S. step in and took my kids because I didn't get my kids off the school bus in Champaign were I and the kids were living. D.C.F.S. told me that I was getting my kids and that I had to do all kinds of classes to show them that I could (CARE) take of my children. OK I was told by D.C.F.S. to get a job, and take classes, and keep a place to stay, I did that for 5 years, and this is after I hold the (Stroke in 2011). This was in 2016 when D.C.F.S. said they were giving me my kids. So they didn't give me my kids in 2016 they instead move the mother Aquelle to Rockford, Illinois with my kids which was (Kidnapping) because she had no rights to my kids because I had (Sole Custody) 08-F-29. D.C.F.S. knew this but they help the mother move my kids from Champaign Illinois

WERE I AND THE KID'S WERE LIVING WITHOUT MY AUTHORITY. THEY KNEW THAT THEY WERE VIOLATING MY PARENTAL RIGHTS, BUT DIDN'T CARE THEY DID IT ANY WAY. THE MOTHER AQUELLE HAD ANOTHER OPEN CASE WHEN D.C.F.S. HELP THE MOTHER MOVE FROM CHAMPAIGN, TO ROCKFORD, WITHOUT MY CONSENT THAT WAS A CRIME AND THEY KNEW IT, THE MOTHER AQUELLE AND D.C.F.S. LANE DANIEL TOGETHER DID THIS AND TRY TO COVER UP WHAT THEY WERE DOING AND DID TOGETHER. I TRY TO EXPLAIN TO THE COURT THAT THE MOTHER HAD NO LEGAL RIGHT TO TAKE MY KID'S FROM CHAMPAIGN TO ROCKFORD. (4) NOW WHEN THEY OPEN UP ANOTHER CASE AGAINST THE MOTHER IN ROCKFORD ILLINOIS 2016 AND SHE ALSO HAD A CASE IN CHAMPAIGN AT THE SAME TIME 09-JA-30. SO SHE HAD (2) CASE PENDING AGINST HER FOR THE SAME KID'S IN CHAMPAIGN AND ROCKFORD 16-JA-371-374. I DID NOTHING TO MY KID'S MENTALLY OR PHYSICALLY AND YET IN ROCKFORD WHERE I DON'T LIVE OR NEVER LIVE TOOK MY PARENTAL RIGHTS TO MY KIDS AND THEY (KNEW) THE KIDS WERE NOT SUPPOSE TO BE IN ROCKFORD. THEY ALSO NEW THAT BECAUSE THEY WERE IN ROCKFORD MY DAUGHTER HAD BEEN (SEXUALLY ASSAULTED) 16-JA-371-374 UNDER THE MOTHER'S CARE AND D.C.F.S. LANE DANIEL CARE. NOW I WENT BACK AND FORWARD FROM CHAMPAIGN TO ROCKFORD COURT FOR 3 YEARS AND I DIDN'T HAVE A CASE IN ROCKFORD, BUT THEY TOOK HER PARENTAL RIGHT TO

6

THE KID's AND THEY TOOK MY PARENTAL RIGHTS AS WELL AND I HAD NO OPEN CASE. SO I TOLD THE COURT IN ROCKFORD I DIDN'T NOTHING TO MY KID's OR ANY KID HOW YOU TAKING MY RIGHTS TO MY KID's, AND THEY SAID BECAUSE WE CAN, I SAID I WAS GIVEN MY RIGHTS BACK IN CHAMPAIGN WERE I THOUGHT THIS COURT WAS SUPPOSE TO GIVE ME MY KID's. THEY TERMINATION MY PARENTAL RIGHTS IN ROCKFORD ILLINOIS WERE I DON'T LIVE. NOW IN 09-JA-30 THEY TERMINATED MY PARENTAL RIGHTS IN CHAMPAIGN ILLINOIS WERE I LIVE BUT WE APPEAL AND THE APPELLATE COURT SAID THEY COULDN'T TAKE MY PARENTAL RIGHTS BECAUSE I HAD A (STROKE) IN 2011. ROCKFORD COURT KNEW THIS BECAUSE THE 09-JA-30 CASE WAS TRANSFER TO THEM, SO THEY KNEW THEY WERE VIOLATING MY RIGHTS BUT DID IT ANY WAY BECAUSE I'M BLACK AND POOR. I PRAY FOR A OPPORTUNITY TO PRESENT MY CASE TO THE COURT, THAT LACEY GRAY OF (YSB) AND LAURA McCOY (YSB) AIDED AND ABETTED IN A COMMISSION OF A CRIME TO KEEP ME FROM GETTING MY (3) KIDS. THIS IS EMOTIONAL SUFFERING AND VIOLATIONS OF THE PARENTS' 14TH. AMENDMENT RIGHTS.

### RELIEF REQUESTED

(State what relief you want from the court.)

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT

ENTER Judgment against the Defendants; Enter Judgment against the Defendants for A Declaratory Judgment Declaring the Acts of the Defendants to be a Violation of Plaintiffs Constitutional Rights to Equal Protection, and Due Process; Bill of Right.

B) Award Plaintiff cost, interest and reasonable Attorney Fees for this Action Pursuant to 42 U.S.C. § 1983 and other Relevant Statutes; and order such other and further Relief as the Court deem Just and Proper under the Circumstance.

JURY DEMAND    Yes ☒    No ☐

Signed this __9__ day of __MARCH__, 20 __20__.

_Louis H. W[illiams]_
( Signature of Plaintiff )

| | |
|---|---|
| Name of Plaintiff:<br>Louis H. Williams | Inmate Identification Number: |
| Address:<br>2017 Philo Road<br>Urbana, IL. 61802 | Telephone Number:<br>217-693-1731 |